UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    2:09-cr-27-FtM-99DNF

TIMOTHY WILLIAMS
_____

## **OPINION AND ORDER**

_____This matter comes before the Court on defendant's Motion to Dismiss Based on Police Misconduct (Doc. #76) filed on August 4, 2009.  The government filed its Response (Doc. #78) on August 6, 2009.

Defendant seeks to dismiss the Indictment based upon the alleged misconduct of two officers following a traffic stop in which five kilograms of cocaine were discovered in defendant's vehicle.  Defendant asserts that an audio recording of the events captured one officer saying an additional kilogram of drugs should be planted inside the trunk or other area of defendant's vehicle in order to validate and/or enhance the fruits of their search, to which another officer responded "Roger that."  The government asserts that the audio recordings do not contain any such statements.

For purposes of this motion, the Court deems defendant's factual representations about the statements to be correct.  With this assumption, the motion is due to be denied.  To warrant

dismissal the government conduct must be so outrageous that it is fundamentally unfair. <u>United States v. Ciszkowski</u>, 492 F.3d 1264, 1270 (11th Cir. 2007). While the officers discussed planting cocaine, there is no claim that the officers engaged in such conduct. Merely making the statements is not sufficiently outrageous conduct to justify dismissal of an indictment. Since the government will bear the burden of proof as to the quantity of the cocaine at both trial and sentencing, there are no quantity issues which can not be properly addressed at those stages of the proceedings.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss Based on Police Misconduct (Doc. #76) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of September, 2009.

_John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record